# UNITED STATES COURT OF APPEALS
# FOR THE DISTRICT OF COLUMBIA CIRCUIT

## NOTICE OF PAPER FILING

No. <u>12-3049(L); 12-3075</u>     Caption: <u>United States of America v. Chester Ransom, Jr.; Bryan W. Talbott</u>

Document: <u>Sealed Supplement</u>

Under Seal:     [X] Yes     [ ] No     [ ] In Part: Vols. _____

<u>Chester Ransom, Jr. and Bryan W. Talbott</u> as the <u>appellants</u>
(party name)                                              (appellant, appellee, petitioner, respondent)

certifies that the above-referenced document has been filed and served as follows:

Filed by <u>hand-delivery</u>                            on <u>April 26, 2013</u>

Served by <u>UPS Ground Transportation</u>     on <u>April 26, 2013</u>

to:

    Elizabeth Trosman
    OFFICE OF THE U.S. ATTORNEY
    555 4th Street, NW
    Washington, DC  20530
    (202) 252-6829

    *Counsel for Appellee*

<u>April 26, 2013</u>                         <u>/s/ Matthew G. Kaiser</u>
(date)                                          (signature)