# United States Court of Appeals
### For The District of Columbia Circuit

_____

| | |
|---|---|
| **No. 12-3075** | **September Term, 2012** |
| | 1:11-cr-00357-RLW-1 |
| | **Filed On:** May 16, 2013 |

United States of America,

    Appellee

  v.

Bryan W. Talbott,

    Appellant

------------------------------

Consolidated with 12-3049

      **BEFORE:**    Kavanaugh, Circuit Judge

## O R D E R

Upon consideration of the motion for prior authorization of services, it is

**ORDERED** that the motion be granted. Payment in an amount not to exceed $1,900 is hereby authorized for The Lex Group to duplicate the joint appendix and appellant's opening brief.

**Per Curiam**